**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: WRIGHT, JUDITH ANN　　　　　　　　　　§　Case No. 11-84274
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　§

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN　　　　　　　　　　, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　327 South Church Street, Room #1100
　　Rockford, IL 61101

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/07/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  11/20/2012          By:  /s/JOSEPH D. OLSEN
                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: WRIGHT, JUDITH ANN § Case No. 11-84274
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,500.00 |
| *and approved disbursements of* | $ 75.00 |
| *leaving a balance on hand of* [1] | $ 7,425.00 |
| **Balance on hand:** | $ 7,425.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,425.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,500.00 | 0.00 | 1,500.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 64.80 | 0.00 | 64.80 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 4,337.50 | 0.00 | 4,337.50 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,195.30 |
| Remaining balance: | $ 1,229.70 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:   $    1,229.70

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $        0.00
Remaining balance:   $    1,229.70

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 428,843.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (CREDIT ONE BANK, N.A.) | 3,011.27 | 0.00 | 8.64 |
| 2 | Discover Bank | 18,460.12 | 0.00 | 52.94 |
| 3 | Midland Credit Management, Inc. | 635.97 | 0.00 | 1.82 |
| 4 | Midland Credit Management, Inc. | 1,126.42 | 0.00 | 3.23 |
| 5 | Midland Credit Management, Inc. | 924.80 | 0.00 | 2.65 |
| 6 | David J. Axelrod & Associates | 1,106.72 | 0.00 | 3.17 |
| 7 | Discover Bank | 8,189.43 | 0.00 | 23.48 |
| 8 | Merrick Bank | 15,372.88 | 0.00 | 44.08 |
| 9 | FIA CARD SERVICES, N.A. | 1,583.83 | 0.00 | 4.54 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | FIA CARD SERVICES, N.A. | 5,680.52 | 0.00 | 16.29 |
| 11 | VERIZON WIRELESS | 940.77 | 0.00 | 2.70 |
| 12 | American Express Bank, FSB | 5,102.22 | 0.00 | 14.63 |
| 13 | LVNV Funding, LLC its successors and assigns as | 888.00 | 0.00 | 2.55 |
| 14 | LVNV Funding, LLC its successors and assigns as | 4,796.54 | 0.00 | 13.75 |
| 15 | The Estate of Paul E. Jahn, Deceased | 361,024.23 | 0.00 | 1,035.23 |

Total to be paid for timely general unsecured claims: $ 1,229.70
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Judith Ann Wright  
    Debtor

Case No. 11-84274-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: kkrystave     Page 1 of 3     Date Rcvd: Nov 29, 2012  
                    Form ID: pdf006    Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2012.

```
db           +Judith Ann Wright,    204 Dannell Pl,    Spring Grove, IL 60081-8932
17864344     +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
19141535      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18868089     +Atlas Acquisitions LLC  (CREDIT ONE BANK, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
17864332     +BAC Home Loans Servicing,    Attn: Bankruptcy Dept.,    450 American St,
               Simi Valley, CA 93065-6285
17864352     +Citizens Auto Finance,    Bankruptcy Department,    PO Box 42115,    Providence, RI 02940-2115
17864334     +Codilis & Associates, PC,    doc#09CH2790,    15W030 N. Frontage Rd. #100,
               Burr Ridge, IL 60527-6921
17864320     +Comcast,    C/O Credit Protection ASSO,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
17864323     +David Axelrod & Associates,    Bankruptcy Department,    1448 Old Skokie Rd.,
               Highland Park, IL 60035-3041
18905672     +David J. Axelrod & Associates,    Atty for Norstates Bank,    1448 Old Skokie Rd #C,
               Highland Park, IL 60035-3041
17864325     +Diamond Resorts FS,    Attn: Bankruptcy Dept.,    10600 W Charleston Blvd,
               Las Vegas, NV 89135-1260
17864335     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
17864336     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
19010913      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17864331     +First Equity CARD Corporation,    C/O Pinnacle Credit Servic,    7900 Highway 7 # 100,
               Saint Louis Park, MN 55426-4045
17864338     +First Premier BANK,    Attn: Bankruptcy Dept.,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
17864326     +HSBC,    C/O National Credit Adjust,    327 W 4Th Ave,    Hutchinson, KS 67501-4842
17864322     +Lake County Clerk,    Doc # 09 SC 11764,    18 N. County St. Rm 101,    Waukegan, IL 60085-4304
17864333     +McHenry County Clerk,    Doc #09CH2790,    2200 N. Seminary Ave.,    Woodstock, IL 60098-2637
17864350     +McHenry County Clerk,    Doc #10AR176,    2200 N. Seminary Ave.,    Woodstock, IL 60098-2637
17864347     +McHenry County Clerk,    Doc #10SC1967,    2200 N. Seminary Ave.,    Woodstock, IL 60098-2637
17864348     +RBS Citizens NA,    Attn: Bankruptcy Dept.,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
17864319     +TCF BANK,    C/O Professnl ACCT MGMT IN,    633 W Wisconsin Ave Ste,    Milwaukee, WI 53203-1918
19259503     +The Estate of Paul E. Jahn, Deceased,    c/o Attorney Jocelyn L. Koch,    Holmstrom & Kennedy, P.C.,
               800 North Church Street,    Rockford, IL 61103-6978
17864337     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17864351      E-mail/Text: bkr@cardworks.com Nov 30 2012 02:39:50     Advanta BANK CORP,
               Attn: Bankruptcy Dept.,    Po Box 844,    Spring House, PA 19477
17950381     +E-mail/Text: bnc@atlasacq.com Nov 30 2012 02:42:00     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
17864327     +E-mail/Text: BKNOTICES@EAFLLC.COM Nov 30 2012 02:44:43     Chase Quads 07,
               C/O Equable Ascent Financi,    5 Revere Dr,    Northbrook, IL 60062-1566
17864329     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 30 2012 02:36:59     Citibank,    C/O Midland Credit MGMT,
               8875 Aero Dr,    San Diego, CA 92123-2251
17864342     +E-mail/Text: creditonebknotifications@resurgent.com Nov 30 2012 02:35:55     Credit ONE BANK,
               Attn: Bankruptcy Dept.,    Po Box 98875,    Las Vegas, NV 89193-8875
18874184      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2012 02:50:04     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17864346     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2012 02:50:04     Discover FIN SVCS LLC,
               Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
17864328     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 30 2012 02:36:59     GE Money BANK,
               C/O Midland Credit MGMT,    8875 Aero Dr,    San Diego, CA 92123-2251
17864339     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 30 2012 02:36:02     Kohls/Chase,
               Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19155322      E-mail/Text: resurgentbknotifications@resurgent.com Nov 30 2012 02:34:43
               LVNV Funding, LLC its successors and assigns as,    assignee of Capital One,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
19155030      E-mail/Text: resurgentbknotifications@resurgent.com Nov 30 2012 02:34:43
               LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
               Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
17864324     +E-mail/Text: resurgentbknotifications@resurgent.com Nov 30 2012 02:34:43     MARIN,
               C/O LVNV Funding LLC,    Po Box 740281,    Houston, TX 77274-0281
18997163      E-mail/Text: bkr@cardworks.com Nov 30 2012 02:39:50     Merrick Bank,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
18895552     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 30 2012 02:36:59     Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
17864321     +E-mail/Text: contact@csicollects.com Nov 30 2012 02:38:56     Norstates BANK,
               C/O Certified Services INC,    1733 Washington St Ste 2,    Waukegan, IL 60085-5192
19139522      E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 30 2012 02:55:22     VERIZON WIRELESS,
               PO BOX 3397,    BLOOMINGTON, IL 61702-3397
17864340     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 30 2012 02:52:59     VERIZON WIRELESS/Great,
               Attn: Bankruptcy Dept.,    1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-5443
17864318     +E-mail/Text: zenith@ebn.phinsolutions.com Nov 30 2012 04:12:25     Wells Fargo Financial,
               C/O Zenith Acquisition,    220 John Glenn Dr # 1,    Amherst, NY 14228-2246
                                                                                              TOTAL: 18
```

```
District/off: 0752-3          User: kkrystave            Page 2 of 3              Date Rcvd: Nov 29, 2012
                              Form ID: pdf006            Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17864330*    +Citibank,    C/O Midland Credit MGMT,    8875 Aero Dr,    San Diego, CA 92123-2251
17864343*    +Credit ONE BANK,    Attn: Bankruptcy Dept.,    Po Box 98875,    Las Vegas, NV 89193-8875
17864349*    +Discover FIN SVCS LLC,    Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
17864345    ##+BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 1598,    Norfolk, VA 23501-1598
17864341    ##+BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                       TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2012**                **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: kkrystave            Page 3 of 3              Date Rcvd: Nov 29, 2012
                              Form ID: pdf006            Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2012 at the address(es) listed below:

```
              Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
              Darron M Burke    on behalf of Defendant Judith Wright ndil@geracilaw.com
              Jack M Shapiro    on behalf of Debtor Judith Wright ndil@geracilaw.com
              Jason K Nielson    on behalf of Defendant Judith Wright ndil@geracilaw.com
              Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com,   IL46@ECFCBIS.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 7
```