**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: WRIGHT, JUDITH ANN § Case No. 11-84274
§
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $180,480.00         Assets Exempt: $19,480.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,229.70    Claims Discharged
                                              Without Payment: $427,614.02

Total Expenses of Administration: $6,270.30

3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,270.30 | 6,270.30 | 6,270.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 428,843.72 | 428,843.72 | 1,229.70 |
| **TOTAL DISBURSEMENTS** | $0.00 | $435,114.02 | $435,114.02 | $7,500.00 |

    4) This case was originally filed under Chapter 7 on September 30, 2011. The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/28/2013  By: /s/JOSEPH D. OLSEN
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidable Transfer (Cindee Peterson) | 1141-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 64.80 | 64.80 | 64.80 |
| United States Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 4,337.50 | 4,337.50 | 4,337.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,270.30 | $6,270.30 | $6,270.30 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (CREDIT ONE BANK, N.A.) | 7100-000 | N/A | 3,011.27 | 3,011.27 | 8.64 |
| 2 | Discover Bank | 7100-000 | N/A | 18,460.12 | 18,460.12 | 52.94 |
| 3 | Midland Credit Management, Inc. | 7100-000 | N/A | 635.97 | 635.97 | 1.82 |
| 4 | Midland Credit Management, Inc. | 7100-000 | N/A | 1,126.42 | 1,126.42 | 3.23 |
| 5 | Midland Credit Management, Inc. | 7100-000 | N/A | 924.80 | 924.80 | 2.65 |
| 6 | David J. Axelrod & Associates | 7100-000 | N/A | 1,106.72 | 1,106.72 | 3.17 |
| 7 | Discover Bank | 7100-000 | N/A | 8,189.43 | 8,189.43 | 23.48 |
| 8 | Merrick Bank | 7100-000 | N/A | 15,372.88 | 15,372.88 | 44.08 |
| 9 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 1,583.83 | 1,583.83 | 4.54 |
| 10 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 5,680.52 | 5,680.52 | 16.29 |
| 11 | VERIZON WIRELESS | 7100-000 | N/A | 940.77 | 940.77 | 2.70 |
| 12 | American Express Bank, FSB | 7100-000 | N/A | 5,102.22 | 5,102.22 | 14.63 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 888.00 | 888.00 | 2.55 |
| 14 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 4,796.54 | 4,796.54 | 13.75 |
| 15 | The Estate of Paul E. Jahn, Deceased | 7100-000 | N/A | 361,024.23 | 361,024.23 | 1,035.23 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $428,843.72 | $428,843.72 | $1,229.70 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84274  
**Case Name:** WRIGHT, JUDITH ANN  

**Period Ending:** 02/28/13

**Trustee:** (330400)  JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 09/30/11 (f)  
**§341(a) Meeting Date:** 11/07/11  
**Claims Bar Date:** 08/01/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence | 176,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | HHGS/furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Books/pictures/misc. | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Wearing apparel | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | Jewelry | 125.00 | 0.00 | DA | 0.00 | FA |
| 6 | Life Insurance | 755.00 | 0.00 | DA | 0.00 | FA |
| 7 | Vehicle | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Family pet | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Avoidable Transfer (Cindee Peterson) | 0.00 | 19,000.00 | | 7,500.00 | FA |
| 9 | **Assets  Totals** (Excluding unknown values) | **$180,480.00** | **$19,000.00** | | **$7,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  September 30, 2012          **Current Projected Date Of Final Report (TFR):**  November 29, 2012 (Actual)

Printed: 02/28/2013 10:02 AM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-84274  
**Case Name:** WRIGHT, JUDITH ANN  
**Taxpayer ID #:** **-***5948  
**Period Ending:** 02/28/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****122566 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                         Printed: 02/28/2013 10:02 AM    V.13.11

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-84274  
**Case Name:** WRIGHT, JUDITH ANN  

**Taxpayer ID #:** **-***5948  
**Period Ending:** 02/28/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******14-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/30/12 | {9} | Paul E. Hahn Living Trust DTD | Mot. Compromise Controversy 8/8/12 | 1141-000 | 7,500.00 | | 7,500.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,475.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,450.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,425.00 |
| 01/08/13 | 101 | United States Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 293.00 | 7,132.00 |
| 01/08/13 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,500.00, Trustee Compensation; Reference: | 2100-000 | | 1,500.00 | 5,632.00 |
| 01/08/13 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $64.80, Trustee Expenses; Reference: | 2200-000 | | 64.80 | 5,567.20 |
| 01/08/13 | 104 | Yalden, Olsen & Willette | Dividend paid 100.00% on $4,337.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,337.50 | 1,229.70 |
| 01/08/13 | 105 | Atlas Acquisitions LLC (CREDIT ONE BANK, N.A.) | Dividend paid 0.28% on $3,011.27; Claim# 1; Filed: $3,011.27; Reference: | 7100-000 | | 8.64 | 1,221.06 |
| 01/08/13 | 106 | Merrick Bank | Dividend paid 0.28% on $15,372.88; Claim# 8; Filed: $15,372.88; Reference: | 7100-000 | | 44.08 | 1,176.98 |
| 01/08/13 | 107 | American Express Bank, FSB | Dividend paid 0.28% on $5,102.22; Claim# 12; Filed: $5,102.22; Reference: | 7100-000 | | 14.63 | 1,162.35 |
| 01/08/13 | 108 | LVNV Funding, LLC its successors and assigns as | Dividend paid 0.28% on $4,796.54; Claim# 14; Filed: $4,796.54; Reference: | 7100-000 | | 13.75 | 1,148.60 |
| 01/08/13 | 109 | The Estate of Paul E. Jahn, Deceased | Dividend paid 0.28% on $361,024.23; Claim# 15; Filed: $361,024.23; Reference: | 7100-000 | | 1,035.23 | 113.37 |
| 01/08/13 | 110 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 8.42 | 104.95 |
| | | | Dividend paid 0.28% on 3.17 $1,106.72; Claim# 6; Filed: $1,106.72 | 7100-000 | | | 104.95 |
| | | | Dividend paid 0.28% on 2.70 $940.77; Claim# 11; Filed: $940.77 | 7100-000 | | | 104.95 |
| | | | Dividend paid 0.28% on 2.55 $888.00; Claim# 13; Filed: $888.00 | 7100-000 | | | 104.95 |
| 01/08/13 | 111 | Discover Bank | Combined Check for Claims#2,7 | | | 76.42 | 28.53 |
| | | | Dividend paid 0.28% on 52.94 $18,460.12; Claim# 2; Filed: $18,460.12 | 7100-000 | | | 28.53 |
| | | | Dividend paid 0.28% on 23.48 $8,189.43; Claim# 7; | 7100-000 | | | 28.53 |

Subtotals : $7,500.00   $7,471.47

{} Asset reference(s)     Printed: 02/28/2013 10:02 AM     V.13.11

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-84274  
**Case Name:** WRIGHT, JUDITH ANN  

**Taxpayer ID #:** **-***5948  
**Period Ending:** 02/28/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******14-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $8,189.43 | | | | |
| 01/08/13 | 112 | FIA CARD SERVICES, N.A. | Combined Check for Claims#9,10 | | | 20.83 | 7.70 |
| | | | Dividend paid  0.28% on    4.54<br>$1,583.83;  Claim# 9;<br>Filed: $1,583.83 | 7100-000 | | | 7.70 |
| | | | Dividend paid  0.28% on    16.29<br>$5,680.52;  Claim# 10;<br>Filed: $5,680.52 | 7100-000 | | | 7.70 |
| 01/08/13 | 113 | Midland Credit Management, Inc. | Combined Check for Claims#3,4,5 | | | 7.70 | 0.00 |
| | | | Dividend paid  0.28% on    1.82<br>$635.97;  Claim# 3;<br>Filed: $635.97 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.28% on    3.23<br>$1,126.42;  Claim# 4;<br>Filed: $1,126.42 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.28% on    2.65<br>$924.80;  Claim# 5;<br>Filed: $924.80 | 7100-000 | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | 7,500.00 | 7,500.00 | $0.00 |
| | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | **Subtotal** | 7,500.00 | 7,500.00 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$7,500.00** | **$7,500.00** | |

Net Receipts :        7,500.00  
─────────────  
Net Estate :        $7,500.00  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****122566** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******14-66** | 7,500.00 | 7,500.00 | 0.00 |
| | $7,500.00 | $7,500.00 | $0.00 |

{} Asset reference(s)